IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

DENTON EUGENE LOUDERMILL JR., )
)
               Plaintiff, )
)
v. ) Case No. 2:24-cv-4197-WJE
)
DENNY L. HOSKINS, )
)
               Defendant. )

**SUGGESTIONS IN SUPPORT OF**
**CONSENT MOTION FOR SECOND EXTENSION OF TIME**
**TO RESPOND TO DEFENDANT HOSKINS' MOTION TO DISMISS**

Plaintiff Denton Eugene Loudermill, Jr., has moved for a second extension of time to and including Monday, February 3, 2025, within which to respond to Defendant's Motion to Dismiss. Docs. 5, 5-1. As explained in this memorandum, good cause exists for the extension, and accordingly, Plaintiff's motion should be granted.

Defendant's Motion was filed on January 3, 2025, and per Local Rule 7.0 (c)2, the response to Defendant's potentially dispositive motion was to have been filed and served within 14 days – in this instance, on January 17, 2025. Plaintiff requested and received an initial extension of 14 days to January 31, 2025. Docs. 8, 9, 10.

Federal Rule of Civil Procedure 6(b)(1)(A) provides that for good cause, the Court may extend the time for doing an act if the request is made before the original time period or its extension expires as is the case here. And there is good cause for the requested extension

inasmuch as the press of other business[1] has prevented counsel for Plaintiff from devoting adequate time to preparing a response. As the Court knows, there are two other motions to dismiss raising generally the same issues that are due on the same day as the response in this case is due.[2] Although the law governing all three cases is the same, there are differences in the three cases that require differentiated responses which will require additional time to prepare.

This motion is not brought solely for delay. The requested extension is a brief one – only from Friday to Monday. Defendant will not be prejudiced by the requested extension, and as stated in Plaintiff's motion, has consented to it.

WHEREFORE, for the above and foregoing reasons, the Court should find good cause for the extension and extend the time for responding to Defendant's Motion to Dismiss to and including Monday, February 3, 2025.

> Respectfully submitted,
>
> LAW OFFICE OF ARTHUR A. BENSON II
>
> By s/ Arthur A. Benson II
> Arthur A. Benson II  D.Kan. #70134
> 4006 Central Avenue
> Kansas City, Missouri  64111
> (816) 531-6565
> abenson@bensonlaw.com
>
> and

---

[1] Meeting a filing deadline in *Thomason v. Fillmore, et al.*, Case No. 4:24-cv-779-RK by January 30, 2025.

[2] Plaintiff will be seeking an extension of time in those two cases as well.

LASSITER LAW AND JUSTICE, LLC

<u>By s/ LaRonna Lassiter Saunders</u>
LaRonna Lassiter Saunders  Mo # 51946
7111 W. 151st Street, #142
Overland Park, Kansas  66223
(913) 386-7893
(913) 538-0985 (telefacsimile)
Attorney@lassiterlawandjustice.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was filed with the United States District Court for the Western District of Missouri via the Court's CM/ECF filing system with notice of case activity generated and sent electronically to counsel for Defendant listed below this __30th__ day of January, 2025.

Jeremiah J. Morgan  Mo. Bar #50387
Deputy Attorney General - Civil
Samuel C. Freedlund  Mo. Bar #73707
Andrew Bailey
Missouri Attorney General
Supreme Court Building
207 W. High Street
P.O. Box 899
Jefferson City, Missouri  65102
(573) 751-8870
jeremiah.morgan@ago.mo.gov
samuel.freedlund@ago.mo.gov

Attorney for Defendant

  s/ Arthur A. Benson II
Attorney for Plaintiff